# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-0514-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **GLENN BEACH**, and
2. CATHERINE BEACH

    Defendants.

---

## NOTICE OF DISPOSITION
---

Defendant Glenn Beach, by and through his attorney, Nathan Chambers, hereby notifies the Court that the parties have reached a disposition of this matter involving a change of plea by the Defendant.

DATED:   December 13, 2019.

        Respectfully submitted,

        NATHAN D. CHAMBERS LLC
        By:   s/Nathan D. Chambers
        Nathan D. Chambers
        303 16th Street, Suite 200
        Denver, Colorado  80202
        (303) 825-2222
        Attorney for Defendant, Glenn Beach

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on December 13, 2019, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to counsel of record.

By:   s/Nathan D. Chambers
Nathan D. Chambers
303 16th Street, Suite 200
Denver, Colorado 80202
(303) 825-2222