# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Criminal Case No. 19-cr-00514-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      GLENN BEACH,

      Defendant.

___

## ORDER SETTING CHANGE OF PLEA HEARING
___

Pursuant to the Notice of Disposition filed on December 13, 2019 (Docket No. 12).  A Change of Plea Hearing is set for **January 9, 2020** at **3:00 p.m.  Counsel for the parties shall email a courtesy copy of all change of plea documents separately to my chambers: (Moore_Chambers@cod.uscourts.gov) and to the Probation Department not later than 72 hours before the change of plea hearing**.  *See* D.C.COLO.LCrR 11.1C.  On the date of the hearing, counsel shall bring with them an original and one copy of the plea agreement and the statement in advance.  *See* D.C.COLO.LCrR 11.1F.

The plea agreement shall be in the form required by D.C.COLO.LCrR 11.1C which includes a separate section identifying each essential element required by law for the commission of each criminal offense to which the defendant intends to enter a plea of guilty.  The statement in advance shall be in the form required by D.C.COLO.LCrR 11.1D.

DATED this 13th day of December, 2019.

                                              BY THE COURT:

                                              RAYMOND P. MOORE
                                              United States District Judge