**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case Number:  19-cr-514-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

GLENN BEACH,

Defendant.

_____

**DEFENDANT'S MOTION TO RESTRICT DOCUMENT NO. 32**
_____

Defendant Glenn Beach, by and through counsel, respectfully moves to restrict Document No. 32, all exhibits attached thereto, any order revealing the contents of that document, and the brief filed in support of this motion, for the reasons stated in the brief filed in support of this motion. The defendant requests a "Level 2" Restriction which would make the document, all exhibits attached thereto, any order reveling the contents of that document and the brief filed in support of this motion, "access limited to the filing party, the affected defendant(s)(there are none other than Mr. Beach), the government, and the court."

DATED:  March 30, 2020.

        Respectfully submitted,

          s/ Nathan Chambers  
        Nathan Chambers  
        303 16th Street, Suite 200  
        Denver, CO  80202  
        Telephone: (303) 825-2222  
        E-mail: nchambers@nathanchamberslaw.com  
        *ATTORNEY FOR DEFENDANT*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 30, 2020, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to all counsel of record

        By:   s/Nathan D. Chambers  
                  Nathan D. Chambers